UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LOU OBSTFELD, *individually and on
behalf of those similarly situated,*

                        Plaintiff,                              JUDGMENT

            v.                                                 23-cv-9492(DLI)

UNIFIN, INC.,

                        Defendant.
--------------------------------------------------------X

An Order of the Honorable Dora L. Irizarry, United States District Judge, having been entered on March 26, 2025 granting with prejudice Defendant's motion to dismiss for lack of subject matter jurisdiction; it is

Ordered and Adjudged that Judgment is entered in favor of Defendant and this case is closed.

Dated: March 27, 2025                          s/Brenna B. Mahoney
       Brooklyn, New York                      Brenna B. Mahoney
                                               Clerk of Court

1